# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     KRISTA M. RAGUSA | : | Chapter 13 |
| | : | |
|     Debtor | : | Bankruptcy No. 25-12951 PMM |

## **CERTIFICATION OF NO OBJECTION**

AND NOW, this 11th day of August, 2025, David S. Gellert, Esquire, of David S. Gellert P.C.**,** attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated July 24, 2025 of the filing of the Debtor's Motion to Continue and Extend the Automatic Stay Under § 362 Pursuant to 11 U.S.C. § 362(c)(3)(B) with Respect to All Creditors

.

Dated:  August 11, 2025                      /s/   David S. Gellert
                                                         David S. Gellert, Esquire
                                                         David S. Gellert, P.C.
                                                         3506 Perkiomen Avenue
                                                         Reading, PA 19606
                                                         (610) 779-8000
                                                         dsgrdg@ptdprolog.net