## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
    KRISTA M. RAGUSA                 :         Chapter 13
                                    :
    Debtor                          :         Bankruptcy No. 25-12951 PMM

### <u>ORDER</u>

**AND NOW**, upon consideration of the Debtor's Motion to Continue and Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) with Respect to All Creditors (doc. #8, the "Motion") and after notice and hearing, and there being no opposition to the Motion;

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**; and

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

BY THE COURT:

Date:
**August 19, 2025**

_Patricia M. Mayer_
_____
Patricia M. Mayer
United States Bankruptcy Judge