L.B.F. 3015-6A

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
    KRISTA M. RAGUSA            :       Chapter 13
                                :
    Debtor                      :       Bankruptcy No. 25-12951 PMM

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE
## WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) AND 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named Debtor has paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named Debtor has filed all applicable federal, state, and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent confirmation hearing.

Date: 9/23/2025

_____
David S. Gellert, Esquire
Attorney for Debtor

Date: 9/23/2025

_____
Krista M. Ragusa
Debtor