L.B.F. 9014-4

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
    KRISTA M. RAGUSA              :         Chapter
                                          :
        Debtor                :         Bankruptcy No. 25-12951 PMM

## CERTIFICATION OF SERVICE

    I, David S. Gellert, Esquire, of David S. Gellert, P.C., certify that on October 1, 2025, I did cause a true and correct copy of the document described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Supplement to Schedule I

- Supplement to Schedule J

    I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

Date: October 1, 2025
                                          s/ David S. Gellert
                                          David S. Gellert, Esquire
                                          Attorney ID No. 32294
                                          David S. Gellert, P.C.
                                          3506 Perkiomen Avenue
                                          Reading, PA 19606
                                          610-779-8000
                                          dsgrdg@ptdprolog.net

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address.)

Name: Scott F. Waterman, Esquire, Chapter 13 Trustee
Address: ECFMail@ReadingCh13.com
Relationship of Party: Chapter 13 Trustee
Via: ■CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail
☐Other

Name: United States Trustee, Office of United States Trustee
Address: USTPRegion03.PH.ECF@usdoj.gov
Relationship of Party: United States Trustee
Via: ■CM/ECF   ☐1st Class Mail   ☐Certified Mail   ☐e-mail
☐Other