UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **Krista M. Ragusa**,  : Chapter 13
:
Debtor :
: Case No.  25-12951-pmm
:
:

ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #33, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #39);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before January 7, 2026, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

12/8/2025

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE