# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|     KRISTA M. RAGUSA | : | Chapter |
| | : | |
|     Debtor | : | Bankruptcy No. 25-12951 PMM |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 10th day of December 2025, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtor, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated November 18, 2025 of the filing of the Application for Compensation and Reimbursement of Expenses.

It is further certified that no other application for administrative expense has been filed.

Dated: December 10, 2025                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                      /s/ David S. Gellert

                                                         David S. Gellert, Esquire
David S. Gellert, P.C.
3506 Perkiomen Avenue
Reading, PA 19606
(610) 779-8000
dsgrdg@ptdprolog.net