# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Krista M. Ragusa <br> <u>Debtor(s)</u> <br><br> PENNYMAC LOAN SERVICES, LLC <br> <u>Moving Party</u> <br> vs. <br><br> Krista M. Ragusa <br> <u>Debtor(s)</u> <br><br> Scott F. Waterman <br> <u>Trustee</u> | CHAPTER 13 <br><br><br> NO. 25-12951 PMM <br><br><br><br> 11 U.S.C. Section 362 |

## ORDER

AND NOW, this __29th__ day of __December__, 2025 at Reading, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge