*Form 167* (1/25)–doc 54 – 52

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:           )
 Krista M. Ragusa      )   Case No. 25–12951–pmm
             )
             )
 Debtor(s).        )   Chapter: 13
             )
             )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Pennymac Loan Services, LLC.

on: 4/16/26

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: March 27, 2026            For The Court

                  Mohung Wong
                  Clerk of Court